AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

| RETURN OF SERVICE |
|---|

| Service of Summons and Complaint was made by me[1] | DATE |
|---|---|
| | 10/24/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Denise Lehner | Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail _____

| STATEMENT OF SERVICE FEES |
|---|

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/30/2007        Denise C. Lehner
              Date                 Signature of Server

                      PO Box 969 Fairhope, AL 36533
                      Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure