IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CURTIS RACKLEY; ROSS & LINDSEY SMITHERMAN; JESSIE & TERESA HOLYFIELD; BOB & DEBRA PARKER | ) ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NUMBER |
| v. | ) ) | 1:07-cv-00748-CG-M |
| AMERIQUEST MORTGAGE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S MOTION TO DISMISS

**COMES NOW** the defendant, Ameriquest Mortgage Company, by and through its undersigned counsel, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to dismiss the Complaint filed by plaintiffs Curtis Rackley, Ross & Lindsey Smitherman, Jessie & Teresa Holyfield, and Bob & Debra Parker. Per Local Rule 7.1(a), defendant's brief is being filed simultaneously with this motion.

1619838 v1

        Respectfully submitted,


        s/Stephen J. Bumgarner
        Stephen J. Bumgarner (BUMGS2089)

        Attorney for Defendant
        Ameriquest Mortgage Company

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

>Kenneth J. Riemer, Esq.
>P.O. Box 1206
>Mobile, Alabama 36633
>
>Earl P. Underwood, Jr., Esq.
>James D. Patterson, Esq.
>Law Offices of Earl P. Underwood, Jr.
>P.O. Box 969
>Fairhope, Alabama 36533-0969

>>s/ Stephen J. Bumgarner
>>OF COUNSEL

1619838 v1

3