# ONE WEEK CANCELLATION PERIOD

Loan Number: 0̶̶̶̶̶̶̶̶̶̶381　　　　Borrower(s): Curtis Rackley
Date: April 14, 2005

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.

Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.

If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

　　　　Ameriquest Mortgage Company
　　　　1600 S Douglass Rd Anaheim, CA 92806
　　　　ATTN: Funding Department
　　　　Phone: (714)541-9960
　　　　Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_____　　　　_____
Borrower/Owner　Curtis Rackley　　　　　　　　　　Date 4/14/05

_____　　　　_____
Borrower/Owner　　　　　　　　　　　　　　　　　Date

_____　　　　_____
Borrower/Owner　　　　　　　　　　　　　　　　　Date

_____　　　　_____
Borrower/Owner　　　　　　　　　　　　　　　　　Date

---

**REQUEST TO CANCEL**
I/We want to cancel loan # _____.

_____　　　　_____
Borrower/Owner Signature　　　　　　　　　　　　Date

---

00000116371261040422 0101
850 (10/00)

04/14/2005 2:45:40 PM
**LENDER COPY**

EXHIBIT E

## ONE WEEK CANCELLATION PERIOD

Loan Number: ~~[redacted]~~  
Date: April 22, 2005

Borrower(s): LINDSEY K ADAMS  
ROSS A SMITHERMAN

You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason. This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company  
1600 S Douglass Rd Anaheim, CA 92806  
ATTN: Funding Department  
Phone: (714)541-9960  
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_Lindsey K. Adams_      4/22/05  
Borrower/Owner LINDSEY K ADAMS    Date

_[signature]_      4/22/05  
Borrower/Owner ROSS A SMITHERMAN    Date

_____  _____  
Borrower/Owner    Date

_____  _____  
Borrower/Owner    Date

---

**REQUEST TO CANCEL**  
I/We want to cancel loan #_____.

_____  _____  
Borrower/Owner Signature    Date

---

0000011754320704220101  
850 (10/00)

04/22/2005 8:22:25 AM  
**LENDER COPY**

EXHIBIT F

# ONE WEEK CANCELLATION PERIOD

Loan Number: 0█████████████      Borrower(s): Mary Theresa Holyfield
Date: June 30, 2005                              Jessie Lee Holyfield

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

      Ameriquest Mortgage Company
      1600 S Douglass Rd Anaheim, CA 92806
      ATTN: Funding Department
      Phone: (714)541-9960
      Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.


_/s/ Mary Theresa Holyfield_____     _6/30/05_____
Borrower/Owner  Mary Theresa Holyfield          Date

_/s/ Jessie Lee Holyfield_____      _6/30/05_____
Borrower/Owner  Jessie Lee Holyfield            Date

_____             _____
Borrower/Owner                                  Date

_____             _____
Borrower/Owner                                  Date

---

**REQUEST TO CANCEL**
I/We want to cancel loan #_____.

_____            _____
Borrower/Owner Signature                        Date

---

0000012486172504042201010
850 (10/00)

06/30/2005 11:44:27 AM
**LENDER COPY**

EXHIBIT G

## ONE WEEK CANCELLATION PERIOD

Loan Number: 0███████████  
Date: June 21, 2005

Borrower(s): Bob K Parker  
Debra D Parker

**You have the right under Federal or state law to three (3) business days during which you can cancel your loan for any reason.** This right is described in the Notice of Right to Cancel you have received today.
Ameriquest Mortgage Company believes that a loan secured by your home is one of the most important financial decisions you can make. To give you more time to study your loan documents, obtain independent advice and/or shop for a loan that you believe suits you better, **we provide you with one-week (which includes the day you sign the loan documents) to cancel the loan with no cost to you.** No money will be disbursed before 10:00 a.m. on the first business day after this period expires. Business days are Monday through Friday, excluding federal legal holidays.

For example, if your loan closes on a Tuesday, you could cancel from that Tuesday through midnight of the following Monday.
If you want to cancel, you must do so in writing and we must receive your request before midnight on the day the cancellation period ends. You may cancel by signing and dating in the request to cancel box below or by using any other written statement that provides your loan number and states your desire to cancel your loan. The written statement must be signed and dated by any one borrower. Your request must be delivered to:

Ameriquest Mortgage Company  
1600 S Douglass Rd Anaheim, CA 92806  
ATTN: Funding Department  
Phone: (714)541-9960  
Fax: (800)664-2256

When you sign below, it means that you have received and read a copy of this notice and you understand what is printed above.

I/We hereby acknowledge receiving a copy of this notice on the date signed below.

_/s/ Bob K Parker_  
Borrower/Owner  Bob K Parker

Date  6/21/05

_/s/ Debra D Parker_  
Borrower/Owner  Debra D Parker

Date  6/21/05

_____  
Borrower/Owner

Date _____

_____  
Borrower/Owner

Date _____

---

**REQUEST TO CANCEL**

I/We want to cancel loan #_____.

_____  
Borrower/Owner Signature

Date _____

---

0000012467928304042201010  
850 (10/00)

06/21/2005 10:39:00 AM  
**LENDER COPY**

**EXHIBIT**  
H