

P.O. Box 11000, Santa Ana, CA 92711-1000
Toll Free (800) 430-5262
www.myamcloan.com

August 22, 2007

#BWNKZZS
MARY THERESA HOLYFIELD
4954 COUNTY RD 3
MILLRY, AL 36558-0000

Re:   Loan Number: ~~~~~~~~
      Release # : **866419**
      Property Address: **4954 COUNTY RD 3, MILLRY, AL 36558-0000**

Dear Homeowner(s):

Enclosed, please find the original or copy of the recorded release/satisfaction/reconveyance which indicates that your loan has been satisfied.

AMC Mortgage Services, Inc. thanks you for the opportunity to service your loan and help with your financial goals. If you have additional questions or concerns, please contact Customer Care at (800) 430-5262, Monday through Friday, 6:00 a.m. to 6:00 p.m., Pacific Time.

Sincerely,

AMC Mortgage Services

Enclosures

LACOVERA-RC215

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

Also doing business as Delaware AMC Mortage Services, Inc., in the states of Texas, Rhode Island, and New Hamp


EXHIBIT I

m5930A

Recording Requested By:
**LANDAMERICA**

And When Recorded Mail To:
**LANDAMERICA**
**P.O. BOX 25088**
**SANTA ANA, CA  92799**

_____ Space above for Recorder's use _____

Loan#: ~~~~~   RLS#: 866419     +

## RELEASE OF MORTGAGE/DEED OF TRUST

KNOW ALL MEN BY THESE PRESENTS: That the undersigned for and in consideration of the payment of indebtedness secured and the cancellation of all the notes thereby secured and the sum of one dollar, the receipt whereof is hereby acknowledged, does hereby remise, release, satisfy, convey and quit claim unto: **MARY THERESA HOLYFIELD, AND HUSBAND JESSIE LEE HOLYFIELD**, heirs, legal representatives, successors and/or assignees, and assigns all right, title, interest, claim, or demand whatsoever it may have acquired in, through or by a certain Mortgage/Deed of Trust bearing the date **JUNE 30, 2005**, and filed for the record in the County Recorder of **CHOCTAW**, State of **ALABAMA**, as as Instrument No. ---, in Book No. **329**, at Page No. **525** on **JULY 13, 2005**.
IN TESTIMONY WHEREOF, the said, AMERIQUEST MORTGAGE COMPANY, has caused these presents to be signed by its ASSISTANT VICE PRESIDENT, Dated: JULY 16, 2007
AMERIQUEST MORTGAGE COMPANY

By: _____
ZAC CHIA, ASSISTANT VICE PRESIDENT

State of     **CALIFORNIA**           }
County of   **ORANGE**                } ss.

On **JULY 16, 2007**, before me, **IRIS B JENKINS**, a Notary Public, personally appeared **ZAC CHIA** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____
(Notary Name): **IRIS B JENKINS**

[Notary Seal: IRIS B. JENKINS, Comm. #1449616, NOTARY PUBLIC-CALIFORNIA, Orange County, My Comm. Expires Nov. 4, 2007]

PREPARED BY: **LANDAMERICA, P.O. BOX 25088**
              **SANTA ANA, CA  92799**
              **(949) 885-4500**
              **MAURA HERNANDEZ    (LAND AM)**

```
07/23/07  11:23AM 001#0474          A03
                  /ELECTA
          FEES                    $6.00
          xxxTOTAL                $6.00
          CHECK                   $6.00
          CHANGE                  $0.00
```

BOOK 338 PAGE 0149