IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CURTIS RACKLEY; ROSS & LINDSEY SMITHERMAN; JESSIE & TERESA HOLYFIELD; BOB & DEBRA PARKER** | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **CASE NUMBER** |
| v. | ) ) | **1:07-cv-00748-CG-M** |
| **AMERIQUEST MORTGAGE COMPANY,** | ) ) ) ) | |
| Defendant. | ) ) | |

**CORPORATE DISCLOSURE STATEMENT
OF AMERIQUEST MORTGAGE COMPANY**

The undersigned counsel of record for defendant Ameriquest Mortgage Company hereby certifies that the defendant's parent company is ACC Capital Holdings Corporation. No publicly held company owns 10% or more of Ameriquest Mortgage Company. The undersigned makes these representations in order for the Judges of this Court to evaluate possible disqualification or recusal.

Respectfully submitted,

s/Stephen J. Bumgarner
Stephen J. Bumgarner (BUMGS2089)

Attorney for Defendant
Ameriquest Mortgage Company

1620075 v1

**OF COUNSEL:**

BURR & FORMAN LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100
sbumgarn@burr.com


## CERTIFICATE OF SERVICE

      I hereby certify that on November 14 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to the following:

> Kenneth J. Riemer, Esq.
> P.O. Box 1206
> Mobile, Alabama  36633
>
> Earl P. Underwood, Jr., Esq.
> James D. Patterson, Esq.
> Law Offices of Earl P. Underwood, Jr.
> P.O. Box 969
> Fairhope, Alabama 36533-0969

                                              s/ Stephen J. Bumgarner
                                              OF COUNSEL