CLOSED2007

# U.S. District Court
## Southern District of Alabama (Mobile)
### CIVIL DOCKET FOR CASE #: 1:07–cv–00748–CG–M

Rackley et al v. Ameriquest Mortgage Company, Inc.  
Assigned to: Chief Judge Callie V. S. Granade  
Referred to: Magistrate Judge Bert W. Milling, Jr  
Cause: 15:1601 Truth in Lending  

Date Filed: 10/17/2007  
Date Terminated: 12/04/2007  
Jury Demand: Plaintiff  
Nature of Suit: 371 Truth in Lending  
Jurisdiction: Federal Question  

**Plaintiff**

**Curtis Rackley** represented by **Earl P. Underwood**  
P. O. Box 969  
Fairhope, AL 36533–0969  
251–990–5558  
Fax: 251–990–0626  
Email: epunderwood@alalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**  
P.O. Box 969  
Fairhope, AL 36533  
251–990–5558  
Email: jpatterson@alalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**  
166 Government Street, Suite 100  
Mobile, AL 36602  
251–432–9212  
Fax: 251–433–7172  
Email: kjr@alaconsumerlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ross Smitherman** represented by **Earl P. Underwood**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**  
(See above for address)  
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lindsey Smitherman**　　　　　　　　　represented by　**Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessie Holyfield**　　　　　　　　　represented by　**Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Holyfield**　　　　　　　　　represented by　**Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Parker**　　　　　　　　　represented by

**Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bob Parker**   represented by   **Earl P. Underwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Donnie Patterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Riemer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company, Inc.**   represented by   **Stephen James Bumgarner**
Burr &Forman LLP
3400 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203
205–458–5355
Fax: 205–244–5611
Email: sbumgarn@burr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2007 | "1 | COMPLAINT against Ameriquest Mortgage Company, Inc. ( Filing fee $350 receipt number 530454, Online Credit Card Payment), filed by Lindsey Smitherman, Jessie Holyfield, Teresa Holyfield, Debra Parker, Bob Parker, Curtis Rackley, Ross Smitherman. (Attachments: # 1 Supplement Summons) (Patterson, James) Additional attachment added on 10/22/2007: Civil Cover Sheet (tot,). (Entered: 10/17/2007) |

| | | |
|---|---|---|
| 10/18/2007 | " 2 | Summons Issued to plaintiffs' counsel via mail for service on Ameriquest Mortgage Company, Inc. (mab) (Entered: 10/18/2007) |
| 10/18/2007 | " 3 | Service Notice issued 10/18/2007. Plaintiff to notify the Court of the action taken to effect service and the results thereof by 12/3/2007 pursuant to Local Rule 4.1(c). (mab) (Entered: 10/18/2007) |
| 10/30/2007 | " 4 | RETURN OF SERVICE of Summons served 10/24/2007 as to Ameriquest Mortgage Company, Inc. (Attachments: # 1 Exhibit Certified Mail Return Receipt) (Underwood, Earl) (Entered: 10/30/2007) |
| 10/30/2007 | " | Answer due from Ameriquest Mortgage Company, Inc. on 11/13/2007 – See Doc. 4. (tot) (Entered: 10/30/2007) |
| 11/06/2007 | " 5 | MOTION to Stay by Lindsey Smitherman, Jessie Holyfield, Teresa Holyfield, Debra Parker, Bob Parker, Curtis Rackley, Ross Smitherman. (Attachments: # 1 Exhibit A) (Underwood, Earl) (copy to Plf's attny on 12/10/07; copy to U.S. Attny w/summons) Modified on 12/10/2007 (tot). (Entered: 11/06/2007) |
| 11/06/2007 | " 6 | ORDER granting Plaintiffs' 5 Motion to Stay. This action is hereby STAYED pending receipt of the MDL Panel's transfer order. This stay will remain ineffect until the court is notified of the MDL Panel's decision concerning transfer. Signed by Judge Callie V. S. Granade on 11/06/2007. (mab) (Entered: 11/06/2007) |
| 11/13/2007 | " 7 | MOTION to Dismiss by Ameriquest Mortgage Company, Inc.. (Bumgarner, Stephen) (Entered: 11/13/2007) |
| 11/13/2007 | " 8 | Brief re 7 MOTION to Dismiss. (Attachments: # 1 Exhibit A to D# 2 Exhibit E to H# 3 Exhibit I) (Bumgarner, Stephen) (Entered: 11/13/2007) |
| 11/14/2007 | " 9 | Disclosure Statement filed by Defendant Ameriquest Mortgage Company, Inc.. (Bumgarner, Stephen) (Entered: 11/14/2007) |
| 11/14/2007 | " 10 | Document endorsed NOTED by Judge Callie V. S. Granade : Corporate Disclosure Statement 9 filed by Ameriquest Mortgage Company, Inc. (jts) (Entered: 11/14/2007) |
| 11/14/2007 | " 11 | RESPONSE in Opposition re 7 MOTION to Dismiss filed by Lindsey Smitherman, Jessie Holyfield, Teresa Holyfield, Debra Parker, Bob Parker, Curtis Rackley, Ross Smitherman. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) (Patterson, James) (Entered: 11/14/2007) |
| 12/04/2007 | " 12 | Conditional Transfer Order (MDL) from Northern District of Illinois requesting transfer of action. Entire case file sent to requesting District consisting of Documents 1–11. (mab) (Entered: 12/10/2007) |